**Dismiss and Opinion Filed November 20, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-01069-CV

**ENTRUST ONE FACILITY SERVICES, INC., Appellant**
**V.**
**MINSUK KIM, K BUILDING MAINTENANCE CORPORATION,**
**AND E BUILDING MAINTENANCE CORPORATION, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09453**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

By motion filed November 16, 2023, the parties inform the Court that they

have settled their dispute and ask that we dismiss the appeal. We grant the motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

231069f.p05

/Robert D. Burns, III//
ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ENTRUST ONE FACILITY
SERVICES, INC., Appellant

No. 05-23-01069-CV        V.

MINSUK KIM, K BUILDING
MAINTENANCE CORPORATION,
AND E BUILDING
MAINTENANCE CORPORATION,
Appellees

On Appeal from the 298th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-09453.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** that appellees Minsuk Kim, K Building Maintenance Corporation, and E Building Maintenance Corporation recover their costs, if any, of this appeal from appellant Entrust One Facility Services, Inc.

Judgment entered this 20th day of November, 2023.